## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH DIANE FLETCHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civ. Action No. 11-1943 (ABJ)** |
| ) | |
| **U.S. DEPARTMENT OF EDUCATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MEMORANDUM OPINION

Plaintiff Deborah Diane Fletcher filed this action asking that a student loan debt owed to the Department of Education be discharged due to her disability. *See* Compl. [Dkt. 1]. The government has now officially declared that the debt has been discharged, and it has moved for summary judgment on the basis that this case is moot. *See* Def's Motion for Summary Judgment [Dkt. 20]. In support of summary judgment, the government has filed a sworn declaration from a Loan Analyst at the Department of Education which clearly states that any student loan debts have been discharged and that Ms. Fletcher does not owe any balance. Ex. 1 to Def's Motion, Decl. of Lynda Faatalale ¶ 3.

In her response to the instant motion, Ms. Fletcher states: "the fact that the loans were drop[ped] is something I was [hoping] for at the end of this case." Motion and Summary [Dkt. # 22] at 2. She is now "asking for [a] judgment" in the amount of $12 million. *Id.* Ms. Fletcher has obtained the only relief sought from the complaint, *i.e.*, the discharge of her student loan

1

debt. Hence, the Court will grant defendant's summary judgment motion on mootness grounds and will dismiss this case.

Also pending is Ms. Fletcher's motion filed on May 3, 2013, for a "Default Resolution Letter" [Dkt. # 16]. Defendant opposed the motion on the basis that it was premature, stating that the relief sought "would only be available were plaintiff to succeed in this action." Mem. in Opp'n to Pl.'s Request for a Default Resolution Letter [Dkt. # 17]. Subsequently, the Department of Education officially informed this court that the debt had been discharged, and it supplied the Court and Ms. Fletcher with a sworn declaration that clearly states: "As of the date of this declaration, Deborah D. Fletcher has a $0.00 balance owing on these debts." [Dkt. 20-1]. Therefore, the Court finds that Ms. Fletcher has received the documentation she sought in her motion, and it will deny the motion as moot as well.

A separate Order accompanies this Memorandum Opinion.


_____s/_____
AMY BERMAN JACKSON
United States District Judge

DATE: September 30, 2013

2